# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
BHM Metal Products & Industries, LLC            )    ASBCA No. 60512
                                                )
Under Contract No. SPE7MC-15-C-0033             )

APPEARANCE FOR THE APPELLANT:          Mr. Robert Gordon
                                         CEO

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                         DLA Chief Trial Attorney
                                       Matthew O. Geary, Esq.
                                       Colleen T. Loughran, Esq.
                                         Trial Attorneys
                                         DLA Land and Maritime
                                         Columbus, OH

## ORDER OF DISMISSAL

The parties have settled this appeal. Pursuant to the settlement agreement, BHM Metal Products and Industries, LLC filed a copy of the joint settlement agreement and a request that the appeal be dismissed with prejudice. Accordingly, ASBCA No. 60512 is dismissed with prejudice.

Dated: 11 October 2017

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60512, Appeal of BHM Metal Products & Industries, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals